IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRANDON TAYLOR, et al., ) | |
| ) | Case No.: 1:13-cv-00031 |
| Plaintiffs, ) | |
| ) | JUDGE: DAN AARON POLSTER |
| v. ) | |
| ) | |
| AMERICAN INCOME LIFE ) | |
| INSURANCE COMPANY, et al., ) | **ORDER** |
| ) | |
| Defendants. ) | |

The Parties have previously submitted to this Court a Joint Motion for Court Approval of Settlement. The Court has reviewed the Motion as well as the specific terms of the Settlement via an *in camera* inspection of the same. The Settlement is a fair and reasonable resolution of a bona fide dispute over provisions of the Fair Labor Standards Act and related state wage law, R.C. §§ 4111.01, *et seq.*

IT IS HEREBY ORDERED that the Settlement as proposed and submitted by the Parties is approved. The terms of the Parties' Settlement are hereby incorporated into this Order, and the Court retains jurisdiction to enforce the Settlement.

_____
Dan Aaron Polster
U.S. District Judge

Date: _____

**EXHIBIT B**